UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BRANDON BOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:20-cv-841-GNS |
| | ) |
| TOWER AUTOMOTIVE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Brandon Boley, advises the Court that this matter has been resolved between the parties and therefore he gives notice that this action may be dismissed with prejudice each party to bear their own costs and fees.

Respectfully submitted,

*/s/Andrew Dutkanych*
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 N Delaware Street
Indianapolis, IN 46204
Telephone: 317-991-4765
Facsimile: 812-424-1005
Email: ad@bdlegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

                                                   */s/Andrew Dutkanych*
                                                   Andrew Dutkanych